IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RANDALL ROLLE,**

    **Plaintiff,**

**vs.**                                                      **CASE NO. 4:05CV479**

**TALLAHASSEE POLICE DEPT.,**
**et al,**
    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Notice of Voluntary Dismissal.  (Doc. 5).  Having considered said notice/motion, the Court is of the opinion that it should be **GRANTED**, and this cause **DISMISSED WITHOUT PREJUDICE.**

**DONE AND ORDERED** at Gainesville, Florida, this **22nd** day of December, 2005.

                                              **s/ A. KORNBLUM**
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**